JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

September 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SALVADO VELEZ individually, and on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COWORX STAFFING SERVICES LLC, a Delaware limited liability company; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 5:18-cv-00651 SJO (KSx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE SAN BERNARDINO SUPERIOR COURT**<br><br>Complaint Filed: January 25, 2018<br>Trial Date: September 24, 2019<br>District Judge: S. James Otero<br>Magistrate Judge: Karen L. Stevenson |

Velez - Proposed
Order re Stipulation

# ORDER

The Court has reviewed the Parties' stipulation to vacate pre-trial dates and deadlines and remand this lawsuit to the Superior Court for the State of California, County of San Bernardino for purposes of settlement approval and administration.

GOOD CAUSE APPEARING THEREFORE, the stipulation is hereby GRANTED. All pre-trial dates and deadlines are hereby vacated and the above-entitled lawsuit is hereby remanded to the Superior Court for the State of California, County of San Bernardino.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE

Velez - Proposed Order re Stipulation

1

Case No. 5:18-cv-00651 SJO (KSx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE SAN BERNARDINO SUPERIOR COURT

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On September 19, 2018, I served the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE SAN BERNARDINO SUPERIOR COURT**

by placing ☐ (the original) ☐ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2018, at Costa Mesa, California.

Juana A. Fuentes
_____          _____
Type or Print Name                                          Signature

# SERVICE LIST
*Salvado Velez v. CoWorx Staffing Services, LLC, et al.*
Case No. 5:18-cv-00651 SJO (KSx)

Thomas D. Rutledge, Esq.
Attorney-at-Law
500 West Harbor Drive, Suite 1113
San Diego, CA  92101
Tel:  (619) 886-7224
Fax:  (619) 259-5455
thomasrutledgelaw@gmail.com

Attorneys for Plaintiffs,
SALVADO VELEZ individually, and
on behalf of himself and others
similarly situated

35271728.2